UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.:  CV 15-0909 AG (RAO)                                   Date:   October 29, 2015
Title:        Roberto Jacobo Reyes v. William L. Muniz

Present:        The Honorable  **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

|  Gay Roberson   |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| N/A | N/A |

**Proceedings:**        (In Chambers) **ORDER TO SHOW CAUSE**

On June 9, 2015, Petitioner Roberto Jacobo Reyes ("Petitioner"), a California inmate proceeding *pro se*, filed a Petition for Writ of Habeas Corpus challenging a conviction in the Superior Court of California, County of Orange.  Petitioner asserts three grounds in his Petition, contending that: (1) the trial court erred by instructing the jury with CALCRIM Nos. 1110 and 1111; (2) he was questioned by the police without being read his rights afforded under *Miranda v. Arizona*, 384 U.S. 436, 86 S. Ct. 1602, 16 L. Ed. 2d 694 (1966); and (3) California Evidence Code § 1108 and CALCRIM No. 1191 are unconstitutional.  (*See* Petition, ¶ 8.)  However, Petitioner's first claim appears to not be cognizable for federal habeas relief.

Habeas corpus is unavailable for any alleged error in the interpretation or application of state law.  *See, e.g.*, *Swarthout v. Cooke*, 562 U.S. 216, 222, 131 S. Ct. 859, 178 L. Ed. 2d 732 (2011) (per curiam) (holding that it is of no federal concern whether state law was correctly applied); *Estelle v. McGuire*, 502 U.S. 62, 67-68, 112 S. Ct. 475, 116 L. Ed. 2d 385 (1991) ("[W]e reemphasize that it is not the province of a federal habeas court to examine state-court determinations on state-law questions.").  Put differently, this Court is limited in this federal habeas proceeding "to deciding whether a conviction violated the Constitution, laws, or treaties of the United States." *Estelle*, 502 U.S. at 68.

In light of the foregoing, IT IS HEREBY ORDERED that Petitioner shall show cause in writing, on or before **November 19, 2015**, why Petitioner's first claim that the trial court erred in instructing the jury with CALCRIM Nos. 1110 and 1111 should not be dismissed for failure to state a cognizable claim.

**Petitioner is cautioned that the failure to comply with this Order may result in the dismissal of this action based upon Petitioner's failure to prosecute.**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: CV 15-0909 AG (RAO)     Date: October 29, 2015
Title: Roberto Jacobo Reyes v. William L. Muniz

                                                                                 :
Initials of Preparer     gr