1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ROBERTO JACOBO REYES,                    **Case No. CV 15-0909 AG (RAO)**

12                    Petitioner,

13          v.                                 **JUDGMENT**

14   WILLIAM L. MUNIZ,

15                    Respondent.

16

17          Pursuant to the Court's Order Accepting Findings, Conclusions, and

18   Recommendations of United States Magistrate Judge,

19          IT IS ORDERED AND ADJUDGED that the Petition is denied, and this

20   action is dismissed with prejudice.

21
22
23   DATED:  July 31, 2016

24                                    _____

25                                    ANDREW J. GUILFORD
                                      UNITED STATES DISTRICT JUDGE
26
27
28